United States District Court
Southern District of Texas
**ENTERED**
March 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CAMILLA L., § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-25-366 |
| § | |
| FRANK BISIGNANO,[1] § | |
| *Commissioner of the Social Security* § | |
| *Administration,* § | |
| § | |
| Defendant. § | |

**MEMORANDUM AND OPINION ADOPTING THE
MEMORANDUM AND RECOMMENDATION**

Camilla L. filed this case under the Social Security Act, 42 U.S.C. § 405(g), seeking review

of the Commissioner's final decision denying her request for disability insurance benefits under

Title II of the Act, 42 U.S.C. § 423(d)(1)(A). The parties filed cross-motions for summary

judgment. (Docket Entry Nos. 15, 19). The court has reviewed the Memorandum and

Recommendation of Magistrate Judge Richard W. Bennett recommending granting the

Commissioner's motion, denying the plaintiff's motion, affirming the Commissioner's decision,

and dismissing with prejudice. (Docket Entry No. 21). No objections to Judge Bennett's ruling

have been filed. After considering the pleadings, the record, and the applicable law, the court

adopts Judge Bennett's Memorandum and Recommendation.

The plaintiff filed a claim for disability insurance benefits on August 31, 2021, alleging

disability beginning May 31, 2021. Following the denial of her claims and a subsequent request

for reconsideration, the plaintiff requested a hearing before an Administrative Law Judge. The

---

[1] Frank Bisignano was sworn in as the Commissioner of Social Security in May 2025. Bisignano is "automatically substituted" as the defendant in this suit. FED. R. CIV. P. 25(d); *see also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

plaintiff appeared with counsel at a telephone hearing on August 20, 2024, at which she and a vocational expert, Bryan Pettingill, testified.  On September 19, 2024, the ALJ issued a decision denying the plaintiff the benefits she sought.  Upon denial of review, the ALJ's decision became the final decision of the Commissioner. *See* 20 C.F.R. §§ 404.981, 416.1481.

In a detailed opinion, Judge Bennett analyzed the record and the law, recommending granting the Commissioner's motion for summary judgment and dismissing the case.  The court finds that Judge Bennett properly considered the evidence and correctly applied the applicable law.  The Memorandum and Recommendation of Judge Bennett is adopted as this court's Memorandum and Opinion.  A final judgment is separately entered.

SIGNED on March 19, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge